UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FRED ALSTON *as Trustee of the Local 272 Labor-* :
*Management Pension Fund* and *as Trustee of the Local* :
*272 Welfare Fund*, :
: 24-cv-3073 (LJL)
Plaintiff, :
: ORDER
-v- :
:
ICON PAKRING MANAGEMENT LLC *et. al.*, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held a telephonic conference in this case on September 13, 2024. No parties appeared. The Court will proceed to consider the motion for default judgment on the papers that have been submitted. Dkt. Nos. 27–32.


    SO ORDERED.


Dated: September 13, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2024